Wendy Medura Krincek, Esq.
Nevada Bar No. 6417
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
wkrincek@littler.com
ekim@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KATIE G. CHAPMAN-PINTO,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 2:23-cv-01458-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff KATIE G. CHAPMAN-PINTO ("Plaintiff"), and Defendant AMAZON.COM SERVICES, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of October 16, 2023, up to and including **November 6, 2023.** This is the first request for an extension of time to respond to the Complaint. The instant request for an extension is necessary because defense counsel was recently retained and needs additional time to investigate the allegations and prepare a sufficient responsive pleading to the Complaint.

/ / /

/ / /

/ / /

This request is made in good faith and not for the purpose of delay.

Dated: October 2, 2023

Dated: October 2, 2023

Respectfully submitted,

Respectfully submitted,

/s/ Michael P. Balaban

/s/ Emil S. Kim

MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

WENDY M. KRINCEK, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
KATIE G. CHAPMAN-PINTO

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

**IT IS SO ORDERED.**

Dated: October 3, 2023

_____
UNITED STATES MAGISTRATE JUDGE

4880-1866-0737.1 / 114766-1000