Wendy Medura Krincek, Esq.
Nevada Bar No. 6417
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
wkrincek@littler.com
ekim@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KATIE G. CHAPMAN-PINTO,<br><br>          Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>          Defendant. | Case No. 2:23-cv-01458-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff KATIE G. CHAPMAN-PINTO ("Plaintiff"), and Defendant AMAZON.COM SERVICES, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its Reply in Support of Its Partial Motion to Dismiss the Complaint from the current deadline of November 27, 2023, up to and including **December 11, 2023.** This is the first request for an extension of time for Defendant to file its Reply in Support of Its Partial Motion to Dismiss the Complaint. The instant request for an extension is necessary because of the upcoming holidays and to allow defense counsel adequate time to prepare the Reply.

///

///

///

///

This request is made in good faith and not for the purpose of delay.

Dated: November 21, 2023                             Dated: November 21, 2023

Respectfully submitted,                               Respectfully submitted,

*/s/ Michael P. Balaban*                              */s/ Emil S. Kim*

MICHAEL P. BALABAN, ESQ.                              WENDY M. KRINCEK, ESQ.
LAW OFFICES OF MICHAEL P.                             EMIL S. KIM, ESQ.
BALABAN                                               LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                               Attorneys for Defendant
KATIE G. CHAPMAN-PINTO                                AMAZON.COM SERVICES, LLC

**IT IS SO ORDERED.**

Dated: November 28, 2023

_____
UNITED STATES DISTRICT JUDGE

4864-3293-9410.1 / 114766-1121

2