# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATIE G. CHAPMAN-PINTO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-01458-APG-NJK<br><br>**Order** |

On December 14, 2023, the parties filed a stipulated discovery plan indicating that they "anticipate that this case will be assigned to the Early Neutral Evaluation Program." Docket No. 14 at 3. Having reviewed the complaint, the Court agrees that the matter should be assigned to that program. Accordingly, the Clerk's Office is **INSTRUCTED** to assign this case to the Early Neutral Evaluation Program.

Counsel are advised to consult Local Rule 16-6(b). If in future cases a matter has not been assigned to the Early Neutral Evaluation Program, but counsel believe it should be, counsel must file the notice identified in that local rule indicating that the action falls under one or more of the pertinent employment statutes. Such a notice must be filed separately from the discovery plan. *Cf.* Local Rule IC 2-2(b).

　　　　IT IS SO ORDERED.

　　　　Dated: December 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge