Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATIE G. CHAPMAN-PINTO,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. 2:23-cv-01458-APG-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S TIME TO FILE THEIR REPLY<br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendant AMAZON.COM SERVICES LLC's' motion for summary judgment filed on June 5, 2024, for which the response is currently due on June 26, 2024, will be continued until July 3, 2024.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved including a reply to the Ninth

1

Circuit Court of Appeals that was just filed on June 19, 2024, and the fact that Plaintiff's counsel is going out of from June 26, 2024 until June 29, 2024.  Further Defendant's reply deadline will be continued until July 24, 2024.

No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment or Defendant's reply.

| LAW OFFICES OF MICHAEL P. BALABAN | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for PlaintiffS<br><br>Dated: June 24, 2024 | /s/ Emil S. Kim<br>Wendy Medura Krincek, Esq.<br>Emil S. Kim, Esq.<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, NV  89169<br>Attorney for Defendants<br><br>Dated: June 24, 2024 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June _25_, 2024

2