1  Wendy Medura Krincek, Esq.
   Nevada Bar No. 6417
2  Emil S. Kim, Esq.
   Nevada Bar No. 14894
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada  89169.5937
5  Telephone:    702.862.8800
   Fax No.:         702.862.8811
6  wkrincek@littler.com
   ekim@littler.com
7
   Attorneys for Defendant
8  AMAZON.COM SERVICES, LLC

9                   UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
10

11 KATIE G. CHAPMAN-PINTO,                Case No. 2:23-cv-01458-APG-NJK

12              Plaintiff,                **STIPULATION AND ORDER TO EXTEND
                                          TIME TO FILE PRETRIAL ORDER**
13       v.
                                          **[FIRST REQUEST]**
14 AMAZON.COM SERVICES, LLC, a Delaware
   Limited Liability Company,
15
                Defendant.
16

17       Plaintiff KATIE G. CHAPMAN-PINTO ("Plaintiff"), and Defendant AMAZON.COM

18 SERVICES, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate

19 to extend the time for the parties to file the Joint Pretrial Order from the current deadline of February

20 6, 2025, up to and including **February 27, 2025.** This is the first request for an extension of time for

21 the parties to file the Joint Pretrial Order. The instant request for an extension is necessary because of

22 counsel for Plaintiff being out of town. Further, counsel for Defendant, Emil Kim, will be transitioning

23 out of Littler Mendelson, and Defendant will need time to staff a new Associate on this matter.

24

25 ///

26

27 ///

28

This request is made in good faith and not for the purpose of delay.

Dated: January 16, 2025

Respectfully submitted,

*/s/ Michael P. Balaban, Esq.*
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorneys for Plaintiff
KATIE G. CHAPMAN-PINTO

Dated: January 16, 2025

Respectfully submitted,

*/s/ Emil S. Kim, Esq.*
WENDY M. KRINCEK, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 17, 2025

4864-3293-9410.1 / 114766-1121

2