Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
wkrincek@littler.com
athompson@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KATIE G. CHAPMAN-PINTO,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 2:23-cv-01458-APG-NJK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |

     Notice is hereby given that Amy L. Thompson, Esq. is being substituted for Emil S. Kim, Esq. currently listed as a Littler Mendelson attorney representing Defendant AMAZON.COM SERVICES LLC.  Mr. Kim's last day with Littler Mendelson is January 31, 2025 and as of this date will no longer be participating in this litigation.

     Ms. Thompson's current mailing address and email address are:

          Amy L. Thompson, Esq.
          Littler Mendelson
          3960 Howard Hughes Parkway
          Suite 300
          Las Vegas, NV 89169
          athompson@littler.com

1    Defendant AMAZON.COM SERVICES LLC continues to be represented in this action by

2  Wendy M. Krincek, Esq. and the law firm of Littler Mendelson.

3  Dated: January 30, 2025.                    LITTLER MENDELSON, P.C.

4

5                                              /s/ Amy L. Thompson, Esq.

6                                              Wendy M. Krincek, Esq.
                                               Amy L. Thompson, Esq.
7
                                               Attorneys for Defendant
8                                              AMAZON.COM SERVICES, LLC

9

10   IT IS SO ORDERED.
     Dated:  January 31, 2025
11
     .
12   .
13
     Nancy J. Koppe
14   United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28