**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATIE CHAPMAN-PINTO,<br><br>    Plaintiff<br><br>v.<br><br>AMAZON.COM SERVICES, LLC<br><br>    Defendant | Case No.: 2:23-cv-01458-APG-NJK<br><br>**Order Rejecting Proposed Joint Pre-Trial Order**<br><br>[ECF No. 40] |

    The parties' proposed Joint Pretrial Order (ECF No. 40) does not comply with Local Rule 16-3(b)(8)(B). The parties attempt to "reserve objections regarding [each other's] exhibits for trial." ECF No. 40 at 10. Local Rule 16-3(b)(8)(B) expressly requires the parties to "[l]ist those exhibits to which objection is made and state the grounds for the objection. Stipulations on admissibility, authenticity, and/or identification of documents should be made whenever possible." The requirements in Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement. If the parties simply wait to make trial decisions until the eve of trial, they cannot fully participate in settlement discussions.

    I THEREFORE ORDER that the parties' proposed Joint Pretrial Order (**ECF No. 40) is REJECTED.** The parties shall confer about their objections to exhibits and submit a new Joint Pretrial Order by March 28, 2025.

    DATED this 3rd day of March, 2025.

                                             ANDREW P. GORDON<br>                                             CHIEF UNITED STATES DISTRICT JUDGE