# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATIE CHAPMAN-PINTO,<br><br>    Plaintiff(s),<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>    Defendant(s). | Case No. 2:23-cv-01458-APG-NJK<br><br>**Order**<br><br>[Docket No. 46] |

    Pending before the Court is a stipulation to continue the settlement conference, Docket No. 46, which is GRANTED. The settlement conference is RESET for 10:00 a.m. on July 25, 2025. Settlement statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on July 18, 2025. All other requirements in the earlier order setting the settlement conference (Docket No. 45) continue to govern.

    IT IS SO ORDERED.

    Dated: April 11, 2025

                                                              _____
                                                              Nancy J. Koppe
                                                              United States Magistrate Judge