# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATIE CHAPMAN-PINTO,<br><br>       Plaintiff(s),<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>       Defendant(s). | Case No. 2:23-cv-01458-GMN-NJK<br><br>**Order** |

Due to conflicting duties of the Court, the settlement conference is CONTINUED to 1:00 p.m. on August 12, 2025. Settlement statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 5, 2025. All other requirements in the earlier order setting the settlement conference (Docket No. 45) continue to govern.

IT IS SO ORDERED.

Dated: June 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge