1  Wendy M. Krincek, Esq.
   Nevada Bar No. 6417
2  Amy L. Thompson, Esq.
   Nevada Bar No. 11907
3  LITTLER MENDELSON, P.C.
   8474 Rozita Lee Avenue
4  Suite 200
   Las Vegas, Nevada 89113.4770
5  Telephone:    702.862.8800
   Fax No.:       702.862.8811
6  wkrincek@littler.com
   athompson@littler.com
7
   Attorneys for Defendant
8  AMAZON.COM SERVICES LLC

9              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
10

11  KATIE G. CHAPMAN-PINTO,            Case No. 2:23-cv-01458-GMN-NJK

12              Plaintiff,             **STIPULATION AND ORDER TO
                                       DISMISS ENTIRE ACTION WITH
13     v.                             PREJUDICE**

14  AMAZON.COM SERVICES, LLC, a Delaware
    Limited Liability Company,

15              Defendant.

16

17         Plaintiff KATIE G. CHAPMAN-PINTO and Defendant AMAZON.COM SERVICES LLC,

18  by and through their attorneys of record, hereby stipulate and agree to the dismissal of this action in

19  its entirety, including all claims and causes of action, with prejudice.

20         The parties agree that no party to this Stipulation shall be deemed to be a prevailing party in

21  this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule,

22  statute, or law whether local, state, or federal in any forum that would be available for the claims

23  dismissed by this Stipulation.

24

25  / / /

26

27  / / /

28

1    Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

2

3         **IT IS SO STIPULATED.**

4

5    Dated: November 12, 2025                    Dated: November 12, 2025

6    LAW OFFICES OF MICHAEL P. BALABAN    LITTLER MENDELSON, P.C.

7

8    */s/ Michael P. Balaban, Esq.*              */s/ Amy L. Thompson, Esq.*
     Michael P. Balaban, Esq.                    Wendy M. Krincek, Esq.
9                                                Amy L. Thompson, Esq.
     Attorneys for Plaintiff
10   KATIE G. CHAPMAN-PINTO                       Attorneys for Defendant
                                                  AMAZON.COM SERVICES LLC
11

12

13                                          **IT IS SO ORDERED.**

14

15                                          Dated:   November 13, 2025

16

17

18                                          _____
                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

                                      2